# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

| Everett McKinley Dirksen United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604 |  | Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov |

## FINAL JUDGMENT

August 4, 2016

Before:    RICHARD A. POSNER, Circuit Judge
           MICHAEL S. KANNE, Circuit Judge
           DAVID F. HAMILTON, Circuit Judge

| | |
|---|---|
| No. 15-3706 | GLENN P. BRADFORD,<br>Petitioner - Appellant<br><br>v.<br><br>RICHARD BROWN, Superintendent,<br>Respondent - Appellee |
| **Originating Case Information:** ||
| District Court No: 2:13-cv-00410-JMS-WGH<br>Southern District of Indiana, Terre Haute Division<br>District Judge Jane E. Magnus-Stinson ||

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)